```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
DONALD BROOKS,                             :
                                           :
                                           :   10 Civ. 1120 (THK)
                              Plaintiff,   :
                                           :
             -against-                     :   SCHEDULING ORDER
                                           :
LONG ISLAND RAILROAD,                      :
                                           :
                                           :
                              Defendant.   :
                                           :
------------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

The parties having consented to trial before this Court pursuant to 28 U.S.C. §636(c); it is hereby ORDERED:

1. The parties shall submit the following by April 15, 2011:

    a. Proposed jury instructions (hard copy and CR-ROM);

    b. Proposed voir dire questions for the jury;

    c. Any motions in limine.

2. A settlement conference with the Court will be held on May 3, 2011, at 10:00 A.M., in Courtroom 17D at the United States Courthouse located at 500 Pearl Street, New York, New York.

3. The trial of this action shall take place on May 23-26, 2011.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated:   March 10, 2011
         New York, New York