LAW OFFICES
# FREDRIC M. GOLD P.C.
A PROFESSIONAL CORPORATION
(212) 244-2740
fredricmgold@verizon.net

450 SEVENTH AVENUE
NEW YORK, N.Y. 10123
FAX (212) 244-2258

FREDRIC M. GOLD

THERESA MAHLSTADT

LAURIE HOCKMAN
LEGAL ASSISTANT

EDWIN CAMACHO
JESSE C. SABLE
L. KEVIN SHERIDAN
OF COUNSEL

April 15, 2011

Hon. Theodore Katz, USMJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Brooks v. LIRR
10 CV 1119 (THK)
1120

Dear Judge Katz:

As the court docket indicates, the Joint Request to Charge and Voir Dire in the above matter were to have been filed by today, April 15, 2011. I write with the consent of my adversary, Christopher Yodice of the LIRR Legal Department, to respectfully request that the date for filing be extended to April 26, 2011.

Thank you for your time and attention.

Very truly yours,

Fredric M. Gold

cc: Christopher P. Yodice, Esq.
LIRR Law Department

Granted

SO ORDERED
4/15/11
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE